CLARE E. CONNORS           7936
Attorney General of the State of Hawaiʻi

NICHOLAS M. MCLEAN         10676
EWAN C. RAYNER             10222
WILLIAM M. LEVINS          10295
CRAIG Y. IHA               7919
Deputy Attorneys General
Dept. of the Attorney General
425 Queen Street
Honolulu, Hawaiʻi 96813

Attorneys for Governor DAVID IGE,
in his official capacity; Attorney General
CLARE E. CONNORS, in her official
capacity; and the STATE OF HAWAIʻI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| FOR OUR RIGHTS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID IGE, in his official capacity as Governor of the State of Hawaiʻi, CLARE E. CONNORS, in her official capacity as Attorney General for the State of Hawaiʻi, and STATE OF HAWAIʻI,<br><br>　　　　Defendants. | Case No. 1:20-cv-00268-DKW-RT<br><br>**NOTICE OF RELATED CASE (No. 1:20-cv-00273-JAO-WRP)**<br><br><u>District Judge</u>: Hon. Derrick K. Watson<br><br><u>Magistrate Judge</u>: Hon. Rom Trader |

## NOTICE OF RELATED CASE

Pursuant to Local Rule 40.2 of the Local Rules of Practice for the United States District Court for the District of Hawaiʻi, Defendants Governor DAVID IGE, in his official capacity as Governor of the State of Hawaiʻi, Attorney General CLARE E. CONNORS, in her official capacity as Attorney General for the State of Hawaiʻi, and the STATE OF HAWAIʻI (collectively, "**Defendants**"), through undersigned counsel, respectfully submit the following notice of related case:

- *Holly Carmichael, et al. v. David Ige*, United States District Court for the District of Hawaiʻi, No. 1:20-cv-00273-JAO-WRP, filed on June 15, 2020 [hereinafter *Carmichael*].

A Motion for Temporary Restraining Order and for Order to Show Cause Why Preliminary Injunction Should Not Issue in *Carmichael* has been set for hearing/argument on July 2, 2020, at 11:00 a.m. before Judge Jill A. Otake. Like this case, the *Carmichael* case involves a challenge to the State's Ninth Supplementary Emergency Proclamation on constitutional and statutory grounds. Also, like this case, the plaintiffs in *Carmichael* have sought to enjoin Defendant from enforcing the State's Ninth Supplementary Emergency Proclamation.[1]

---

[1] Neither this notice nor any subsequent appearance, pleading, claim, suit, or other filing is intended to waive any rights, including any right to challenge the jurisdiction of the Court pursuant to the Eleventh Amendment to the United States

1

Defendants will shortly be filing a motion to consolidate the instant case with the *Carmichael* case.

DATED: Honolulu, Hawaiʻi, June 23, 2020.

/s/ *Craig Y. Iha*
CRAIG Y. IHA
EWAN C. RAYNER
NICHOLAS M. MCLEAN
W. MAWELL LEVINS
Deputy Attorneys General

Attorneys for Defendant Governor David Ige, in his official capacity as Governor of the State of Hawaiʻi

---

Constitution, state sovereign immunity, or any other rights, claims, actions, or defenses to which Defendants are or may be entitled in law or in equity, all of which are hereby expressly reserved.

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| FOR OUR RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID Y. IGE, in his official capacity as Governor of the State of Hawai'i, CLARE E. CONNORS, in her official capacity as Attorney General for the State of Hawai'i, and STATE OF HAWAI'I, <br><br> Defendants. | Case No. CV 20-00268-DKW-RT <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date set forth below I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the District of Hawai'i by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

    Marc J. Victor, Esq.
    1003 Bishop St.
    Honolulu, HI 96813

1

       Tel:  (808) 647-2423
       E-mail:  marc@attorneysforfreedom.com

Attorney for Plaintiffs

DATED:  Honolulu, Hawaiʻi, June 23, 2020.

                           */s/ Craig Y. Iha*
                           CRAIG Y. IHA
                           EWAN C. RAYNER
                           NICHOLAS M. MCLEAN
                           WILLIAM M. LEVINS
                           Deputy Attorneys General

                           Attorneys for Governor DAVID IGE,
                           in his official capacity; Attorney General
                           CLARE E. CONNORS, in her official
                           capacity; and the STATE OF HAWAIʻI