**ATTORNEYS FOR FREEDOM LAW FIRM**
Bishop Square Pauahi Tower
1003 Bishop Street Suite 1260
Honolulu, Hawaii 96813
(808) 755-7110
Fax (480) 857-0150
**Marc J. Victor – SBN 011090**
Marc@AttorneysForFreedom.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

|  |  |
|---|---|
| FOR OUR RIGHTS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID IGE, in his official capacity as Governor of the State of Hawai'i, CLARE E. CONNORS, in her official capacity as Attorney General for the State of Hawai'i, and STATE OF HAWAI'I, <br><br> Defendants. | 1:20-cv-00268-DKW <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs have decided to voluntarily dismiss their Amended Complaint and this action in its entirety as against all Defendants, without prejudice, immediately, under Federal Rules of Civil Procedure, F.R.C.P. 41(a)(1)(A)(i).  Defendants have not filed an answer or motion for summary judgment in this matter.  All Plaintiffs join and are included: For Our Rights, Misty Cluett, Eric Cluett, Diana Lomma, David R. Hamman, Randi Hamman, Janet Eisenbach, Levana Lomma Keikaika, Michael Miller, Allison Miller, Lawrence K. Paille, Geralyn Schulkind, Leonard Schulkind, and Daniel Hashimoto.

Date: June 25, 2020      ATTORNEYS FOR FREEDOM LAW FIRM

*/s/ Marc J. Victor*
Marc J. Victor
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date set forth below I electronically filed the foregoing Notice of Voluntary Dismissal Without Prejudice with the Clerk of Court for the United States District Court for the District of Hawaiʻi by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

CLARE E. CONNORS, Attorney General and Deputies:
NICHOLAS M. MCLEAN,
EWAN C. RAYNER,
WILLIAM M. LEVINS,
CRAIG Y. IHA

Date: June 25, 2020


*/s/ Carmen Smith*

2